IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

```
_____
                               )
MARVIN JOHNSON,                )
                               )
        Plaintiff,             )
                               )
v.                             )   Civil Action No.  05-457
                               )
DR. ALLEN, et al.,             )
                               )
        Defendants.            )
_____)
```

**ORDER**

This matter comes before the Court on Defendants' Motion to Dismiss or for Summary Judgment.  The Court finds that Plaintiff substantially complied with the procedural process and exhausted his administrative remedies before filing in this Court.  Thus, it is hereby

ORDERED that Defendants' motion is DENIED.

/s/
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
April 27, 2006